1  **MARILEE MARSHALL**
   State Bar No. 101046
2  **MARILEE MARSHALL & ASSOCIATES, INC.**
   Attorneys at Law
3  523 West Sixth Street, Suite 1109
   Los Angeles, CA 90014
4  (213) 489-7715

5  Attorneys for Petitioner

6

                    IN THE UNITED STATES DISTRICT COURT
7
                       CENTRAL DISTRICT OF CALIFORNIA
8

9  `                                    )      Case No. CV 07-1810-ODW (MAN)
                                        )
10 **ABRAHAM VILLALOBOS,**              )      ~~PROPOSED~~ ORDER
            Petitioner,                 )
11                                      )
                                        )
12                                      )
   **ANTHONY KANE, Warden**,            )
13          Respondents.                )
   _____     )
14

15        Good cause appearing the, petitioner's Motion to be Relieved from Default of this

16 Court's Order Directing Response filed on October 23, 2009 is hereby GRANTED.

17 Petitioner shall have 14 days from today's date to comply with such order.

18
   Dated: January 4, 2010          _Margaret A. Nagle_____
19                                 HONORABLE MARGARET A. NAGLE
                                   United States Magistrate Judge
20

21

22

23

24

25

26

27

28