# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM VILLALOBOS,         ) | NO. CV 07-1810-FMO (MAN) |
|        Petitioner,         ) | |
|   v.         ) | JUDGMENT |
| ANTHONY KANE, WARDEN,         ) | |
|        Respondent.         ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 15, 2014

                                                            /s/
                                        FERNANDO M. OLGUIN
                                   UNITED STATES DISTRICT JUDGE